UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br>v.<br><br>MASONIC TEMPLE ASSOCIATION OF SACRAMENTO, a California Corporation; ASAD ELIAS SILHI; and Does 1-10,<br><br>   Defendants. | Case No.:  2:16-CV-02545-WBS-AC<br><br>**ORDER** |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court continues the Scheduling Conference to April 24, 2017 at 1:30 p.m. at which time the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required. A Joint Status Report shall be filed no later than April 11, 2017 if settlement has not been finalized.

**IT IS SO ORDERED.**

**Dated:  February 10, 2017**

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE